**Thomas H. READ et al., Appellants, v. H. J. SPURWAY, Receiver, etc., et al.**

No. 9246.

Circuit Court of Appeals, Eighth Circuit.

Dec. 8, 1931.

Addison G. Kistle, of Council Bluffs, Iowa, and Edson R. Sunderland, of Ann Arbor, Mich., for appellants.

Robert J. Bannister, of Des Moines, Iowa, and Earl R. Ferguson and Paul Ferguson, both of Shenandoah, Iowa, for appellees.

PER CURIAM.

Appeal dismissed on motion of appellants.

---

**RED STAR TOWING & TRANSPORTATION COMPANY, as Owner of THE Coal Barge RED STAR NO. 17 and Walter F. Roberts, as Captain of Said Barge, Libelants-Appellees, v. THE Steam Tug WYOMISSING, Her Engines, etc., and The Reading Company, Claimant-Appellant, and consolidated causes.**

No. 302.

Circuit Court of Appeals, Second Circuit.

April 4, 1932.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellant.

Single and Single and George B. Warburton, all of New York City (Thomas H. Middleton, of New York City, of counsel), for Red Star Towing & Transp. Co.

Thomas A. McDonald, of New York City, for libelant-appellee Weston-Dodson & Co., Inc.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

**Charles E. SAWYER, Trustee, v. ROCHESTER TRUST CO.**

No. 2632.

Circuit Court of Appeals, First Circuit.

Jan. 6, 1932.

See, also, 45 F.(2d) 867.

Harry Shapiro, of Boston, Mass. (Alexander G. Gould, of Boston, Mass., on the brief), for appellant.

Conrad E. Snow, of Rochester, N. H., for appellee.

Before BINGHAM and WILSON, Circuit Judges, and HALE, District Judge.

PER CURIAM.

The judgment of the District Court affirmed without opinion.

---

**Charles S. STUMPF, Appellant, v. UNITED STATES of America, Appellee. ***

No. 6320.

Circuit Court of Appeals, Fifth Circuit.

April 22, 1932.

Arthur A. de la Houssaye, of New Orleans, La., for appellant.

Edmond E. Talbot, U. S. Atty., and William H. Norman, Asst. U. S. Atty., both of New Orleans, La.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

*Rehearing denied June 3, 1932.